UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00100-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

9. OMAR GARCIA-LOPEZ, a/k/a Liborio, et al.,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the Sentencing Hearing set for Thursday, February 4, 2010, at 10:00 a.m. is **VACATED** and **RESET** to **Monday, March 1, 2010, at 1:30 p.m.**

      Dated:  February 1, 2010.