UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00100-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. OMAR GARCIA-LOPEZ, a/k/a Liborio, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    At counsel's request, the Sentencing Hearing recently moved to **Monday, March 1, 2010, at 1:30 p.m.** is **VACATED** and **RESET** to **Thursday, February 4, 2010, at 4:00 p.m.**

    Dated:  February 1, 2010.